UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
FEB 27 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERTO GARCIA | Case No.<br><br>Violation: Title 18, United States Code, Section 922(g)(1)<br><br>**UNDER SEAL** |

The SPECIAL NOVEMBER 2022 GRAND JURY charges:

On or about March 3, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

ROBERTO GARCIA,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely a loaded, black SCCY CPX-2 semiautomatic handgun, bearing serial number 188824, and a magazine, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2022 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a black SCCY CPX-2 semiautomatic handgun, bearing serial number 188824, a magazine, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY